IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER D. JONES,

    Petitioner,

v.                                               CASE NO. 1:07-cv-00207-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed in forma pauperis, by Christopher D. Jones. Though he has submitted a statement of account, Petitioner has not submitted a financial certificate which has been completed by a prison official. Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **November 20, 2007**, to file an amended application for leave to proceed *in forma pauperis* which includes a certification from a prison official and is clearly designated as an "amended" application, or pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *19th* day of October, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**