IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER D JONES,

    Petitioner,

v.                                  CASE NO. 1:07-cv-00207-MP-GRJ

FLORIDA DEPARTMENT OF CORRECTIONS, JAMES MCDONOUGH,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that the petition for a writ of habeas corpus, Doc. 1, be denied, and that a certificate of appealability be denied. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 19, is ACCEPTED and incorporated herein.

2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED and a certificate of appealability is DENIED.

**DONE AND ORDERED** this __10th__ day of August, 2011

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge